**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

Neil D Surti

*(In the space above enter the full name(s) of the plaintiff(s).)*

**- against -**

Sean Duffy,

Secretary,

Department of Transportation

(Federal Aviation Administration),

Agency.

Agency No. DOT 2025-00001-FAA-01

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

# COMPLAINT

Jury Trial: ☑ Yes ☐ No

(check one)

**I. Parties in this complaint:**

A. List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

| | | |
|---|---|---|
| Plaintiff | Name | Neil D Surti |
| | Street Address | 117 Marin Dr |
| | County, City | Atlantic, Absecon |
| | State & Zip Code | New Jersey, 08201 |
| | Telephone Number | 609-805-6095 |

B. List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name Sean Duffy, U.S. Department of Transportation
Street Address 1200 New Jersey Avenue, SE
County, City District of Colombia, Washington
State & Zip Code District of Colombia, 20590

Defendant No. 2
Name ______
Street Address ______
County, City ______
State & Zip Code ______

Defendant No. 3
Name ______
Street Address ______
County, City ______
State & Zip Code ______

Defendant No. 4
Name ______
Street Address ______
County, City ______
State & Zip Code ______

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A. What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal Questions [ ] Diversity of Citizenship

[ ] U.S. Government Plaintiff [ ] U.S. Government Defendant

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue?

29 C.F.R. 1614.403(a), Title VII of the Civil Rights Act of 1964 (Title VII), 42 U.S.C. 2000e et seq.,
Age Discrimination in Employment Act of 1967 (ADEA), 29 U.S.C. 621 et seq.

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship ______________________________

Defendant(s) state(s) of citizenship ______________________________

**III. Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur?

William J. Hughes Technical Center in Atlantic City, New Jersey

B. What date and approximate time did the events giving rise to your claim(s) occur?

1.6/13/2024, 2.7/26/2024,3.7/30/2024,4.9/5/2024,5.9/18/2024,6.10/15/2024,7.12/12/2024,8.2/20/2025

What happened to you?

C. Facts: 1. Absent without leave (AWOL), removed him from the Remote Tower schedule.

2. Management confiscated Complainant's Personal Identification Verification (PIV) card.

3. Management issued Complainant a memorandum of administrative leave.

4. Management issued Complainant a letter of proposed suspension.

5. Management removed Complainant from a scheduled staff meeting.

6. Management issued Complainant a 30-day suspension to begin on October 16, 2024.

7. Management issued Complainant a proposal to remove letter.

Who did what?

8. Management issued Complainant a termination letter.

Was anyone else involved?

Who else saw what happened?

## IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

## V. Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

The court should evaluate the claims and determine the appropriate resolution.

I respectfully request the court to determine the amount of monetary compensation for the alleged discrimination based on race (Asian), age(29), and in reprisal for prior protected Equal Employment Opportunity activity.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 11th day of August, 20 26.

Signature of Plaintiff Neil Surti
Mailing Address 117 Marin Dr
Absecon, NJ, 08201-9338

Telephone Number 609-805-6095
Fax Number *(if you have one)* 609-728-9009
E-mail Address workstatusns@gmail.com

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: Neil Surti